**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7515**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

HASSAAN HAAKIM RASHAAD,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Max O. Cogburn, Jr., District Judge. (3:01-cr-00195-MOC-1)

Submitted: February 25, 2016    Decided: March 1, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Hassaan Haakim Rashaad, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hassaan Haakim Rashaad appeals the district court's order denying Rashaad's motion for clarification of the schedule of restitution payments set forth in his 2002 criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Rashaad, No. 3:01-cr-00195-MOC-1 (W.D.N.C. Sept. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED